377 A.2d 985

Commonwealth, Appellant, v. Johnston et al.

Argued June 21, 1977. Donald A. Mancini, with him William H. Lamb, District Attorney, for Commonwealth, appellant; Michael Barranco, Assistant Public Defender, and John R. Merrick, Public Defender, submitted a brief for appellees.

Order affirmed.